UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE FRITZ,<br><br>   Plaintiff,<br><br>  v.<br><br>LE, et al.,<br><br>   Defendants. | Case No.  15-cv-01439-HSG (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 4 |

  Pursuant to plaintiff's notice of voluntary dismissal (Dkt. no. 4), this case is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a).

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: 4/30/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge